DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JINO PINCKNEY,**
Appellant,

v.

**AMANDA FREEMAN,**
Appellee.

No. 4D14-4688

[October 14, 2015]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE12-2899 (59).

Jino Pinkney, Defuniak Springs, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed. See Reed v. Giles*, 974 So. 2d 624, 625 (Fla. 4th DCA 2008); *Jackson v. Echols*, 907 So. 2d 1247 (Fla. 3d DCA 2006).

WARNER, CIKLIN, and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***